DANIEL LORAS GLYNN, ISB #5113
JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
PO Box 1097
Boise, ID 83701
Telephone:  (208) 331-1170
Facsimile:  (208) 331-1529
*dglynn@idalaw.com*
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INDUSTRIAL BUILDERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ROBSON HANDLING TECHNOLOGY USA, INC. and MATT WILLIAMS, individually,<br><br>Defendants. | Case No.: 1:23-cv-00499-CWD<br><br>**DEFENDANT ROBSON HANDLING TECHNOLOGY USA, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** |

In accordance with Federal Rule of Civil Procedure 15 and Dist. Idaho Loc. Civ. R. 15.1, the Defendant Robson Handling Technology USA, Inc., by and through its counsel of record Daniel Loras Glynn of the firm Jones Williams Fuhrman Gourley, P.A., moves this Court for leave to file the First Amended Counterclaim in the form as attached as Exhibit A hereto.  This Motion is Supported by a Memorandum concurrently herewith.  Oral argument is requested.

DATED this 18 day of April, 2024.

JONES ♦ WILLIAMS ♦ FUHRMAN ♦ GOURLEY, P.A.

  */s/ Daniel Loras Glynn*
Daniel Loras Glynn, Of the Firm
Attorney for Defendants

**DEFENDANT ROBSON HANDLING TECHNOLOGY USA, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April, 2024, a true and correct copy of the above and foregoing document was forwarded addressed as follows in the manner stated below:

| | |
|---|---|
| James L. Martin | Hand Delivered ☐ |
| Thomas J. Mortell | U.S. Mail ☐ |
| Hailee N. Elledge | Fax ☐ |
| Hawley Troxell Ennis & Hawley, LLP | Email/E-Service ☒ |
| 877 W. Main Street, Suite 200 | jmartin@hawleytroxell.com |
| P.O. Box 1617 | tmortell@hawleytroxell.com |
| Boise, Idaho 83701-1617 | helledge@hawleytroxell.com |

*Attorneys for Plaintiff*

/s/ *Daniel Loras Glynn*
Daniel Loras Glynn

**DEFENDANTS' MOTION TO DISMISS COUNTS FOUR, FIVE, AND CIVIL CONSPIRACY - 2**